IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>SONIA HERNANDEZ and<br>FREDDY HERNANDEZ JR.,<br><br>　　　　　　　　Defendants. | 4:14CR3114<br><br>ORDER |

IT IS ORDERED:

1) Government's unopposed motion to continue, (filing no. 49), is granted.

2) The evidentiary hearing on defendants' motions to suppress, (filing nos. 40 and 42), will be held before the undersigned magistrate judge on April 13, 2015 at 9:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Three hours have been set aside for this hearing.

February 20, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge