IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>SONIA HERNANDEZ,<br><br>　　　　　　Defendants. | 4:14CR3114<br><br>**ORDER** |

The defendant Sonia Hernandez retained Michael D. Nelson to represent her, but the scope of this case has greatly expanded since it began. Defendant Sonia Hernandez is no longer able to afford counsel, and is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska. Michael D. Nelson is willing to be appointed as CJA counsel for the defendant.

　　IT IS ORDERED:

1)　The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant in this matter. In the event that the Federal Public Defender accepts this appointment, the Federal Public Defender shall forthwith file an appearance in this matter. In the event the Federal Public Defender should decline this appointment for reason of conflict or on the basis of the Criminal Justice Act Plan, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

2)　To avoid unnecessary delay and provide continuity of representation, the court requests that Michael D. Nelson be appointed to represent Sonia Hernandez.

September 3, 2015.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge